IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE: | CHAPTER 13 PROCEEDING |
|---|---|
| HOWARD E. SPRACHER, | CASE NO. 06-81526 |
| Debtor. | |

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,B,D,E,F,I and J in the boxes provided. Add the amounts from Schedule A and B to determine the total amount of the debtor's assets. Add the amount from Schedules D,E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | # SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | YES | 1 | $43,000.00 | | |
| B-Personal Property | YES | 3 | $1,231.00 | | |
| C-Property Claimed Exempt | YES | 1 | | | |
| D-Creditor Holding Secured Claims | YES | 1 | | $35,334.00 | |
| E-Creditors Holding Unsecured Priority Claims | YES | 1 | | $0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $9,940.08 | |
| G-Executory Contracts & Unexpired Leases | YES | 1 | | | |
| H-Co-Debtors | YES | 1 | | | |
| I-Current Income | YES | 1 | | | $2,492.80 |
| J-Current Expenditures | YES | 1 | | | $1,962.33 |
| Total # Sheets | 16 | | | | |

Total Assets    $44,231.00

Total Liabilities    $45,274.08

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate, including any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If a joint petition is filed, state whether husband, wife or both own the property by placing as "H," "W," "J" or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do Not include interests in executory contracts or un-expired leases on this Schedule.  List them in Schedule G - Executory Contracts and Un-expired Leases.**

If an entity Claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claim to hold a secured interest in property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST | SECURED CLAIM AMOUNT |
|---|---|---|---|

Debtor's Home Residence located at 2522 North 50th Street, Omaha, Douglas County, Nebraska. First Lien held by American Service Corporation in the approximate amount of $34,000.00.  Statutory lien held by Douglas County in the approximate amount of $1,334.00.

TOTAL $43,000.00

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If Additional space is needed in any category, attach a separate sheet properly identified with the case name, case number and the number of the category.  If a joint petition is filed, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual, state the amount of any exemptions claim in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and un-expired leases on this schedule. List them in Schedule G - Executory Contracts and Un-expired Leases.**

If the property is being held by the debtor for someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | MARKET VALUE OF DEBTOR'S PROPERTY |
|---|---|---|
| 1. Cash on Hand. | | $13.00 |
| 2. Checking, savings or other accounts, certificates of deposits, or shares in banks, savings and loan, thrift, building and loan and homestead associations or credit unions brokerage houses or cooperatives. | Savings Account (Individual – Omaha Douglas Federal Credit Union) | $0.00 |
| | Savings Account (Individual – Wells Fargo Bank) | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others. | | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | | $0.00 |
| 6. Wearing apparel. | | $200.00 |
| 7. Furs and jewelry. | | $0.00 |
| 8. Firearms and sports, photographic and other hobby equipment. | | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $0.00 |

```
-------------------------------------------------------------------
10. Annuities. Itemize and
name each insurer.                                     $0.00
-------------------------------------------------------------------
11. Interests in an education
IRA as defined in 26 U.S.C.
§ 530(b)(1) or under a
qualified State tuition plan
as defined in 26 U.S.C.
§ 529(b)(1).  Give particulars.
(File separately the record(s)
of any such interest(s).
11 U.S.C. § 521(c); Rule 1007 (b))                     $0.00
-------------------------------------------------------------------
12. Interests in IRA, ERISA,
Keogh, or other pension or
Profit sharing plans.  Give
Particulars.                                           $0.00
_____
13. Stock and interests in
incorporated and unincorporated
businesses.  Itemize.                                  $0.00
-------------------------------------------------------------------
14. Interests in partnerships
or joint ventures. Itemize.                            $0.00
-------------------------------------------------------------------
15. Government and corporate
bonds and other negotiable
and non-negotiable instruments.                        $0.00
-------------------------------------------------------------------
16. Accounts receivable.                               $0.00
-------------------------------------------------------------------
17. Alimony, maintenance,
support and property settlements
to which the debtor is or may be
entitled. Give particulars.                            $0.00
-------------------------------------------------------------------
18. Other liquidated debts
owing debtor including tax
refunds. Give particulars.                             $0.00
-------------------------------------------------------------------
19. Equitable or future interests,
life estate, and rights or powers
exercisable for the benefit of
the debtor other than those
listed in Schedule of Real
Property.                                              $0.00
-------------------------------------------------------------------
20. Contingent and non-contingent
interests in estate of a
decedent, death benefit plan,
life insurance policy or
trust.                                                 $0.00
-------------------------------------------------------------------
21. Other contingent and
unliquidated claims of every
nature, including tax refunds,
counterclaims of the debtor
and rights to setoff claims.
Give estimated value of each.                          $0.00
-------------------------------------------------------------------
```

22. Patents, copyrights, and
other intellectual property.
Give particulars.                                               $0.00
-----------------------------------------------------------------------

23. Licenses, franchises and
other general intangibles.
Give particulars.                                               $0.00
-----------------------------------------------------------------------

24. Customer lists or other
compilations containing personally
identifiable information (as
defined in 11 U.S.C. § 101 (41 A))
provided to the debtor by
individuals in connection
with obtaining a product or
service from the debtor primarily
for personal, family, or household
purposes.                                                       $0.00
_____

25. Automobiles, trucks,
trailers and other vehicles
and accessories.                                                $0.00
_____

26. Boats, motors and
accessories.                                                    $0.00
-----------------------------------------------------------------------
27. Aircraft and accessories.                                   $0.00
-----------------------------------------------------------------------
28. Office equipment,
furnishings and supplies.                                       $0.00
-----------------------------------------------------------------------
29. Machinery, fixtures,
equipment and supplies
used in business.                                               $0.00
-----------------------------------------------------------------------
30. Inventory.                                                  $0.00
-----------------------------------------------------------------------
31. Animals.                                                    $0.00
-----------------------------------------------------------------------
32. Crops-growing or
harvested. Give particulars.                                    $0.00
-----------------------------------------------------------------------
33. Farming equipment
and implements.                                                 $0.00
-----------------------------------------------------------------------
34. Farm supplies, chemicals
and feed.                                                       $0.00
-----------------------------------------------------------------------
35. Other personal property
of any kind not already
listed. Itemize.                                                $0.00
-----------------------------------------------------------------------
                                            TOTAL |   $1,231.00
                                                  +---------------------

**SCHEDULE C - PROPERTY CLAIM AS EXEMPT**

Debtor elects the exemptions that the debtor is entitled under:

11 U.S.C. §522(b)(2): Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY |
|---|---|---|---|
| Cash on Hand | NRS 25-1552 | $13.00 | $13.00 |
| Household Goods and Furnishings | NRS 25-1556 NRS 25-1552 | $1,000.00 | $1,000.00 |
| Wearing Apparel | NRS 25-1556 | $200.00 | $200.00 |
| Debtor's Home Residence | NRS 40-101 | $12,500.00 | $43,000.00 |

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

ASC
C/o Eric Lindquist
Attorney at Law
8712 West Dodge Rd, #260
Omaha NE 68114

          And

ASC
C/o Hilary Bonial
Attorney at Law
POB 829009
Dallas TX 75382
Claim is individual.
Claim incurred by note and lien on real estate.
Claim secured by debtor's home residence.
Claim is contingent, unliquidated and not disputed.
Market value is $43,000.00.
Amount of claim is $34,000.00.

Douglas County Treasurer
H03 Civic Center
Omaha NE 68183
Claim is individual.
Claim incurred by statutory lien.
Claim secured by debtor's home residence.
Claim is contingent, unliquidated and not disputed.
Market value is $See Claim Above.
Amount of claim is $1,334.00.


TOTAL $35,334.00

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

NONE

TOTAL $0.00

**SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS**

Omaha Douglas Federal Credit Union
1819 Farnam Street
Omaha NE 68183
Claim is individual.
Claim incurred for loan.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $3,156.00.

Metropolitan Utilities District
1723 Harney Street
Omaha NE 68102
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $496.47.

Omaha Public Power District
444 South 16th Street
Omaha NE 68102
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $453.34.

Wells Fargo Bank
1919 Douglas Street
Omaha NE 68102
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $300.00.

Pizza Hut
C/o TRS Recovery Services
POB 17170
Denver CO 80217
Claim is individual.
Claim incurred for check.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $35.00.

Professional Anesthesia Services
POB 2179
Omaha NE 68103
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $60.86.

Critical Care Associates
900 South 74th Plaza, #108
Omaha NE 68114
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $182.97.

Bank of the West
C/o Global Payments
POB 661158
Chicago IL 60666
Claim is individual.
Claim incurred for check.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $94.51.

Creighton Univ Med Cntr
C/o Central Financial Control
POB 66040
Anaheim CA 92816
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $50.00.

Bergan Mercy Med Cnt
2301 North 117th Avenue Ste 100
Omaha NE 68164
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $1,071.63.

Omaha Emergency Physicians
C/o MCA
6818 Grover Street, #200
Omaha NE 68106
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $165.00.

Bergan Mercy
C/o MCA
6818 Grover Street, #200
Omaha NE 68106
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $219.70.

Steven A Schwid MD
C/o Mid-America Account Service
8601 West Dodge Rd, Ste 114
Omaha NE 68114
Claim is joint.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $1,253.68.

Gross Iwersen Kratochivil & Klein PC
C/o Tiburon Financial
218A South 108th Avenue
Omaha NE 68154
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $156.14.

Creighton Med Cntr
C/o Tiburon Financial
218A South 108th Avenue
Omaha NE 68154
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $49.23.

Methodist Hospital
8511 West Dodge Road
Omaha NE 68114
Claim is individual.
Claim incurred for check.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $51.68.

Godfather's
C/o Audit Systems Inc
POB 17229
Clearwater FL 33762

        And

Godfather's
C/o Cybrcollect
POB 1145
La Crosse WI 54602
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $123.97.

Kum & Go
c/o Security Check
POB 1530, Dept 010
Southaven MS 38671
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $60.00.

Radiology Consultants
POB 4460
Omaha NE 68104
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $16.00.

Walgreens
C/o ClearCheck Inc
POB 27087
Greenville SC 29616
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $40.29.

Tobacco Hut
C/o Check Pro
8031 West Center Rd, Ste 303
Omaha NE 68124
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $74.82.

H & R block Fee Center
POB 17155
Baltimore MD 21297
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $127.00.

Nebraska Tech & Telecom Inc
POB 30135
Omaha NE 68103
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $150.00.

AT&T
C/o GC Services Limited Partnership
6330 Gulfton
Houston TX 77081
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $66.89.

Bonanza
C/o Merchants Checkrite
POB 1724
2022 Ave A
Kearney NE 68848
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $271.04.

Kwik Shop
C/o Trac a Chec Inc
POB 2764
Davenport IA 52809
Claim is individual.
Claim incurred for checks.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $213.86.

Cox Communications
POB 2167
Omaha NE 68103
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $1,000.00.

Lavette Spracher
2522 North 50th street
Omaha NE 68104
Claim is individual.
Claim incurred for services.
Claim is contingent, unliquidated and not disputed.
Amount of claim is $UNKNOWN.

TOTAL $9,940.08

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Describe all executory contracts of any nature and all un-expired leases of real or personal property. Include any timeshare interests.

State the nature of debtor's interest in contract, i.e., "Purchaser," "Agent, " etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

     NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

X     Check this box if debtor has no executory contract or un-expired leases.

_____

**SCHEDULE H - CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

Check this box if debtor has no co-debtors.
_____

Lavette Spracher
Wife
Co-debtor on unsecured debt
See Schedule F

**SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR**

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

---

Debtor's Marital Status:                    Dependants Of Debtor And Spouse

---

|  | Name | Age | Relationship |
|---|---|---|---|
| Married (Divorce pending) | NONE | | |

---

| EMPLOYMENT | Debtor | | Spouse |
|---|---|---|---|
| Occupation: | Retired | | |

---

| Name Employer: | N/A | | |
|---|---|---|---|

---

| Employer ID Number: | N/A | | N/A |
|---|---|---|---|

---

| How Long Employed: | 10 years | |
|---|---|---|

---

| Address of Employer: | N/A | |
|---|---|---|

---

|  | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary and commissions (pro rate if not paid monthly) | $0.00 | |
| Estimated monthly overtime | $ | |
| **SUBTOTAL** | $0.00 | |

---

|  | | |
|---|---|---|
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $ | |
| b. Insurance | $ | |
| c. Union dues | $ | |
| d. Other(Specify): | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | |

---

|  | | |
|---|---|---|
| Regular income from operation of business or profession or farm | $ | |
| Income from real property | $ | |
| Interest and dividends | $ | |
| Alimony, maintenance or support payments | $ | |
| Social security or other government assistance | | |
|     Disability | $1,048.00 | |
|     Late wife's social security | $248.00 | |
| Pension or retirement income | $ | |
|     Douglas County – City of Omaha | $950.22 | |
|     Douglas County – City of Omaha | $246.58 | |
| Other money income (Specify) | $ | |

---

|  | | |
|---|---|---|
| **TOTAL MONTHLY INCOME** | $2,492.80 | |

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR**

Complete this schedule by estimating the average monthly expenses of the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

_____ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

---

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rent) | MORTGAGE | | $258.16 |
| Are real estate taxes included?    No | | | |
| Utilities    Electricity and heating fuel | | OPPD | $150.00 |
| Water and Sewer | | MUD | $150.00 |
| Telephone | | | $50.00 |
| Other | | CABLE | $0.00 |
| Home maintenance (repairs and upkeep) | | | $100.00 |
| Food | | | $350.00 |
| Clothing | | | $75.00 |
| Laundry and dry cleaning | | | $20.00 |
| Medical and Dental Expenses | | | $75.00 |
| Transportation (not including car payments) GAS, OIL & REPAIRS | | | $100.00 |
| Recreation, clubs and entertainment, newspapers & magazines | | | $75.00 |
| Insurance (not deducted from wages or included in mortgage payment) | | | |
| Homeowner's | | | $73.00 |
| Vehicle | | | $125.00 est. |
| Installment payments:(In chapter 12 & 13 cases do not list payments to be included in the plan.) | | | |
| Auto - The debtor is currently looking for a vehicle to use in his everyday life for transportation | | | $200.00 est. |
| Taxes(not deducted from wages or included in mortgage payment) | | | |
| (Specify)    Real Estate Taxes | | | $111.17 |
| Other    Miscellaneous Personal Items | | | $50.00 |

---

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules    $1,962.33

---

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

| | |
|---|---|
| A. Total projected monthly income | $2,492.80 |
| B. Total projected monthly expenses | $1,962.33 |
| C. Excess Income (A minus B) | $  530.47 |
| D. Total amount to be paid into plan each month | $  522.00 |

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information and belief.

DATED: October 20, 2006

*/S/ Howard E. Spracher*
Howard E. Spracher

## PENALTY FOR MAKING FALSE STATEMENT:

## FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO

## 5 YEARS, OR BOTH. 18 U.S.C. §152 and 3571.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint Petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors.  Debtors that are or have a business, as defined below, also must complete Questions 16-21.  Each question must be answered.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"**In business.**"  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor "in business" for the purpose of this form if the debtor is or has been, within the two (2) years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"**Insider.**"  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any agent of the debtor.  11 U.S.C. §101(30).

_____

**1.    INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None

State the gross amount of income the debtor has received from employment, trade, or profession, or from the operation of the debtor's business from the beginning of the calendar year to the date this case was commenced. State also the gross amounts received during the two (2) years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2005 - $The debtor is not required to file taxes.

**2.    INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two (2) years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor receives $1,048.00 for social security disability, $248.00 for his late wife's social security, $950.22 from his Pension with the City of Omaha – Douglas County, and $246.58 from his Pension with the City of Omaha – Douglas County.

**3.    PAYMENTS TO CREDITORS**

None X

**A.** List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within ninety (90) days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  X

    **B.** List all payments made within one (1) year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses and a joint petition is not filed.)

    **4.**    **SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None

    **A.** List all suits to which the debtor is or was a party within one (1) year immediately preceding the filing of this bankruptcy case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Howard E. Spracher vs. Levette A. Spracher in the District Court of Douglas County found at DOC. 1064 NO. 891 (Dissolution of Marriage)

None  X

    **B.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    **5.**    **REPOSSESSION, FORECLOSURES AND RETURNS**

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one (1) year immediately preceding the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

The debtor surrendered a 2003 Buick Century to the Omaha Douglas County Federal Credit Union during the month of September of 2006.

    **6.**    **ASSIGNMENTS AND RECEIVERSHIPS**

None  X

    **A.** Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  X

    **B.** List all property that has been in the hands of a custodian, receiver, or court-appointed official within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    **7.**    **GIFTS**

None  X

List all gifts or charitable contributions made within one (1) year immediately preceding the commencement of this case except in the ordinary and usual gifts to family members aggregating less than $200.00 in value per individual family member and charitable contributions aggregating less than $100.00 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    **8.**    **LOSSES**

None  X

List all losses from fire, theft, other casualty or gambling within one (1) year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9.    PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

None

    List all payments made or property transferred on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one (1) year preceding the commencement of this case.

    Payment to Burnes Law Office, See Disclosure of Compensation.

**10.    OTHER TRANSFERS**

None  X

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one (1) year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11.    CLOSED FINANCIAL ACCOUNTS**

None

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor that were closed, or otherwise transferred within one (1) year immediately proceeding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposits, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    The debtor closed an individual checking and savings account at Bank of the West during the month of August of 2006.

**12.    SAFE DEPOSIT BOXES**

None  X

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one (1) year immediately preceding the commencement of this case.  boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13.    SETOFFS**

None  X

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within ninety (90) days preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14.    PROPERTY HELD FOR ANOTHER PERSON**

None  X

    List all property owned by another person that the debtor holds or controls.

**15.    PRIOR ADDRESS OF DEBTOR**

None  X

    If the debtor has moved within two (2) years immediately preceding the commencement of this case, list all premises that the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also ant separate address of either spouse.

**16.    SPOUSES AND FORMER SPOUSES**

None  X

    If the debtor resides or resided in a community property state, commonwealth, or Territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17.    ENVIRONMENTAL INFROMATION.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   X

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

Site Name and Address:
Name and Address of Governmental Unit:
Date of Notice:
Environmental Law:

None   X

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

Site Name and Address:
Name and Address of Governmental Unit:
Date of Notice:
Environmental Law:

None   X

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Name and Address of Governmental Unit:
Docket Number:
Status or Disposition:

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two (2) years immediately preceding the commencement of the case, any of the following: an officer, director, managing executive, or owner of more than five (5) percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within two (2) years immediately preceding the commencement of this case.)*

### 18.    NATURES, LOCATION AND NAME OF BUSINESS

None

    **A.** If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade or profession, or other activity either full or part-time within six (6) years immediately preceding the commencement of this case, or in which the debtors owned five (5) percent or more of the voting or equity securities within the six (6) years immediately preceding the commencement of this case.

**(Questions 18 through 25 do not apply to the debtor.)**

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five (5) percent or more of the voting or equity securities, within six (6) years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five (5) percent or more of the voting securities, within six (6) years immediately preceding the commencement of this case.

    Name:
Last Four Digits of Soc. Sec. No./Complete EIN or Other Taxpayer I.D. No:
Address:
Nature of Business:
Beginning and Ending Dates:

None

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

    Name:
Address:

### 19.    BOOKS RECORDS AND FINANCIAL STATEMENTS

None

    **A.** List all bookkeepers and accountants who within the two (2) years preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

    **B.** List all firms or individuals who within the two (2) years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

    **C.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

**D.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two (2) years immediately preceding the commencement of this case by the debtor.

**20.   INVENTORIES**

None

**A.** List the dates of the last two (2) inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

**B.** List the name and address of the persons having possession of the records of each of the two (2) inventories reported in A, above.

**21.   CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None

**A.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None

**B.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds five (5) percent or more of the voting securities of the corporation.

**22.   FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None

**A.** If the debtor is a partnership, list each member who withdrew from the partnership within one (1) year preceding the commencement of this case.

None

**B.** If the debtor is a corporation list all officers, or directors whose relationship with the corporation terminated one (1) year immediately preceding the commencement of this case.

**23.   WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

None

If the debtor is a partnership or corporation, list all WITHDRAWALS or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one (1) year immediately preceding the commencement of this case.

**24.   TAX CONSOLIDATION GROUP**

None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

Name of Parent Corporation:
Taxpayer Identification Number:

**25.   PENSION FUNDS**

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the last six years immediately preceding the commencement of the case.

_____

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

DATED: October 20, 2006

                         _/S/ Howard E. Spracher_
                         Howard E. Spracher


                    _____ Continuation Sheets Attached


### **PENALTY FOR MAKING FALSE STATEMENT:**

### **FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO**

### **5 YEARS, OR BOTH. 18 U.S.C. §152 and 3571.**

_ghss1006_____
_____

# Burnes Law Office

1823 HARNEY STREET
SUITE 204
HISTORIC LIBRARY PLAZA
OMAHA, NEBRASKA 68102-1913
(A Debt Relief Agency)

_____

Telephone (402) 344-0880
Telefax (402) 344-0270

## NOTICE PURSUANT TO 11 U.S.C. §342(b)(1)

**(A)  CHAPTERS:**

### CHAPTER 7

A Chapter 7 Proceeding is a straight liquidation case which allows an individual(s) to eliminate financial obligations an individual(s) may have incurred prior to the filing of the bankruptcy case.  The benefit of filing a Chapter 7 Proceeding is that it allows parties to retain property that they are purchasing through a reaffirmation process while at the same time allowing the discharge of certain unsecured liabilities.  There are certain obligations in a Chapter 7 case which are non-dischargeable and these may include Federal and/or State income tax, student loans (unless said student loans are a hardship), and domestic support orders.  A Chapter 7 Proceeding is billed at the hourly rate of $160.00 per hour plus costs and a minimum retainer of $1,000.00 plus the Chapter 7 filing fee of $299.00 shall be paid prior to filing.

### CHAPTER 11

A Chapter 11 Proceeding is a proceeding filed primarily by corporations to reorganize their corporate financial liabilities. An individual is eligible to file a Chapter 11 Proceeding.  The benefit of filing a Chapter 11 Proceeding for a corporate debtor is to allow them to continue business while working out a repayment plan with their creditor(s).  Burnes Law Office does not represent debtor(s) in Chapter 11 Proceedings.

### CHAPTER 12

A Chapter 12 Proceeding is a financial reorganization for a family farmer.  The benefit of filing a Chapter 12 Proceeding is

to allow the family farmer to continue to operate the farming operation while working out a repayment plan their creditor(s). Burnes Law Office does not represent debtor(s) in Chapter 12 Proceedings.

### CHAPTER 13

A Chapter 13 Proceeding is a financial reorganization filed by an individual(s) who does not qualify for Chapter 7 relief and who desires to repay their financial obligation(s) to their creditor(s). The benefit of filing a Chapter 13 Proceeding is to permit the debtor(s) to retain property while at the same time making monthly payments to a Chapter 13 Trustee which is based upon their income and expenses. A Chapter 13 Proceeding is billed at the hourly rate of $160.00 per hour plus costs and a minimum retainer of $300.00 plus the Chapter 13 filing fee of $274.00 shall be paid prior to filing.

### (B)  COUNSELING SERVICES:

A credit counseling agency provides services related to the restructuring of an individual(s) financial obligations. The credit counseling agency would contact the various creditor(s) of the individual(s) to attempt to set up voluntary payment agreements. The credit counseling agency may also provide counseling to the individual(s) as to how to maintain a budget to sustain the payment arrangement(s).

## NOTICE PURSUANT TO 11 U.S.C. §342(b)(2)

**(A)** A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under the bankruptcy code shall be subject to fine, imprisonment, or both; and

**(B)** All information supplied by debtor(s) in connection with a case under the Bankruptcy Code is subject to examination by the Attorney General.

Date: _____      _____
                            (Print Name)


Date: _____      _____
                            (Print Name)